Argued and submitted February 14, affirmed April 25, 1990

# STATE OF OREGON,
*Respondent,*

*v.*

# LEONA RAE ERB,
*Appellant.*

(C881381CR; CA A60832)

790 P2d 1211

Laura Graser, Portland, argued the cause and filed the brief for appellant.

Jas. Adams, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Joseph, Chief Judge, and Riggs and Edmonds, Judges.

**PER CURIAM**

Defendant appeals her conviction for being an ex-convict in possession of a firearm. ORS 166.270. She claims that, because her prior felony conviction became a misdemeanor conviction after 3 years when she was discharged from probation, evidence of the felony conviction should not have been admitted. We affirm.

ORS 166.270 provides that a person is deemed to have been convicted of a felony if the offense was a felony "at the time of conviction." Moreover, a felony conviction becomes a misdemeanor only if it is made "a misdemeanor at the time of judgment" under the existing law by the sentence actually imposed. ORS 166.270(3)(a). Defendant had been convicted of a Class C felony, which carried a maximum sentence of 5 years. She was placed on probation after imposition of sentence was suspended. That did not reduce the felony conviction to a misdemeanor; her conviction was not otherwise reduced to a misdemeanor at the time of judgment. Therefore, she was still an ex-convict for purposes of ORS 166.270, and evidence of her conviction was properly admitted.

Affirmed.